IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE TAYLOR, | ) | |
| | ) | Case No. 1:05CV0640 |
| Petitioner, | ) | Criminal Case 1:03CR00035 |
| | ) | |
| vs. | ) | |
| | ) | Judge Ann Aldrich |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | O R D E R |

The Court has filed its memorandum and order denying the petition for writ of habeas corpus under 28 U.S.C. §2255. Therefore,

IT IS ORDERED that Taylor's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 is denied, and this action is dismissed. The court certifies, pursuant to 28 U.S.C. § 2253(c), that an appeal from this order would not be well taken because Taylor has not made a substantial showing of the denial of any constitutional right.

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: April 12, 2006**